**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 16, 2026

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jennifer Percival*, 26 Cr. 424 (MKV)**

Dear Judge Vyskocil:

On September 14, 2026, defendant Jennifer Percival entered a guilty plea before Magistrate Judge Ona T. Wang, pursuant to Your Honor's referral. At the conclusion of the proceeding, Judge Wang recommended that this Court accept the plea.[1]

The Government respectfully requests that the Court accept the defendant's guilty plea and set a formal sentencing date. Attached for the Court's review are the transcript of the defendant's change-of-plea proceeding, the plea agreement, and a proposed order accepting the guilty plea.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

by: ___/s/___________________________
Jerry J. Fang / Kevin B. Mead
Assistant United States Attorneys
(212) 637-2584 / 2211

cc: Michael Low Bloch, Esq. (by ECF)

[1] Judge Wang excluded time under the Speedy Trial Act through October 16, 2026. However, this application also constitutes a request for consideration of a "proposed plea agreement" that tolls Speedy Trial Act time, *see* 18 U.S.C. § 3161(h)(1)(G); *see also* 18 U.S.C. § 3161(h)(1)(D), (H) (time attributable to motions and court consideration thereof is excluded).