USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JENNIFER PERCIVAL,

Defendant.

**ORDER**

26 Cr. 424 (MKV)

WHEREAS, with the consent of defendant JENNIFER PERCIVAL, the defendant's guilty plea allocution was taken before United States Magistrate Judge Ona T. Wang on September 14, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the Court;

WHEREAS, upon review of the transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: February 11, 2027, at 11:00 a.m.

**SO ORDERED.**

Dated: New York, New York
October 19, 2026

Mary Kay Vyskocil
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK