BLOCH & WHITE LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3820
DIRECT E-MAIL: MBLOCH@BLOCHWHITE.COM

October 21, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jennifer Percival*, 26 Cr. 424 (MKV)**

Dear Judge Vyskocil,

The parties jointly write to request an adjournment of Dr. Jennifer Percival's sentencing hearing, currently scheduled for February 11, 2027, at 11:00 am. The parties seek an adjournment because defense counsel and AUSA Kevin Mead have a previously scheduled sentencing hearing before The Honorable Vernon S. Broderick at the same date and time as Dr. Percival's sentencing hearing. The parties respectfully propose adjourning Dr. Percival's sentencing hearing to March 4, 2027, or any date thereafter convenient for the Court. This is the parties' first request for an adjournment of the sentencing hearing.

We apologize for any inconvenience to the Court and we thank the Court for considering this request.

Respectfully,

Michael Bloch
BLOCH & WHITE LLP
90 Broad St, Suite 703
New York, New York 10004
(212) 901-3820
mbloch@blochwhite.com

**Granted. SO ORDERED.**

The proceeding previously scheduled in this matter for February 11, 2027, is hereby ADJOURNED to April 8, 2027, at 11:30 a.m.

Date: 10/28/2026
New York, New York

Mary Kay Vyskocil
United States District Judge