BLOCH & WHITE LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3820
DIRECT E-MAIL: MBLOCH@BLOCHWHITE.COM

November 20, 2026

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jennifer Percival*, 26 Cr. 424 (MKV)**

Dear Judge Vyskocil,

With the consent of the Government, we respectfully write to request that the Court execute the attached proposed Order, which will enable Dr. Jennifer Percival to pay restitution prior to sentencing. We understand that the proposed Order will permit the Clerk of Court to accept Dr. Percival's presentence payment. Pursuant to the terms of Dr. Percival's plea agreement, she has agreed to pay restitution in the amount of $776,031, and Dr. Percival is eager to fulfill this obligation at the earliest opportunity permitted by the Court.

We thank the Court for considering this request.

Respectfully,

Michael Bloch

BLOCH & WHITE LLP
90 Broad St, Suite 703
New York, New York 10004
(212) 901-3820
mbloch@blochwhite.com

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNIFER PERCIVAL,<br><br>Defendant. | No. 26 Cr. 424 (MKV) |

**ORDER**

Upon consideration of the defendant's unopposed motion for an order directing the defendant to pay, and the Clerk of Court to accept, presentence payments toward restitution to be imposed against the defendant in this case, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of Court shall receive payments submitted by or on behalf of the defendant and maintain such payments on deposit until the time of sentencing; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment and a final Restitution Order, the Clerk of Court shall withdraw and apply the deposited funds to restitution obligations imposed against the defendant as provided by law and in accordance with the Clerk's standard operating procedures.

**SO ORDERED.**

____________________, 2026.

______________________________
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE